**SO ORDERED.**



# T I F F A N Y & B O S C O
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

**Dated: September 03, 2009**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14563/19211556

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Crisanto L. Labarda and Gloria M. Labarda
        Debtors.
_____

Mortgage Electronic Registration Systems, Inc., as
nominee for Litton Loan Servicing, its successors
and/or assigns
        Movant,
   vs.

Crisanto L. Labarda and Gloria M. Labarda,
Debtors; William E. Pierce, Trustee.

       Respondents.

No. 2:09-bk-11821-RTBP

Chapter 7

O R D E R

(Related to Docket # 8)

RE:  Real Property located at
1745 East Aspen Street
Cottonwood, AZ  86326

     This matter having come before the Court for a Preliminary Hearing on August 14, 2009, Movant
appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their
counsel, Michael J. Gordon, Gordon & Gordon, PLLC, and good cause appearing,

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays
imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated March 5, 2007, and recorded on , in the office of

the Yavapai County Recorder at  wherein Mortgage Electronic Registration Systems, Inc., as nominee for

Litton Loan Servicing, its successors and/or assigns is the current beneficiary and Crisanto L. Labarda and

Gloria M. Labarda have an interest in, further described as:

A parcel of land in the Southwest Quarter of the Southwest Quarter of Section 35.
Township 16 North, Range 3 East of the Gila and Salt River Base and Meridian,
Yavapai County, Arizona , described as follows: Commencing at a point on the East line of said
Southwest Quarter of the Southwest Quarter of said Section 35. That lies South 00 degrees 03 minutes
West, 409.05 feet from the Northwest Corner of laid Southwest Quarter of the Southwest Quarter,

Thence West, 145.8feet to the TRUE POINT OF BEGINNING;

Thence west. 150.0 feet to a point;

Thence North00 degrees 07minute. west, 189.05 feet to a point;

Thence East, 150.0 feel to a point;

Thence South 00 degrees 07 minutes East, 189.05 feet 10the TRUE POINT OF
BEGINNING.

EXCEPTING therefrom the North 60 feet.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S.

Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case

to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT